**Order entered October 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00185-CV

## IN THE INTEREST OF D.M., A MINOR CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

## ORDER

On September 30, 2022, we ordered LaToya Young-Martinez, Official Court Reporter for the 255th Judicial District Court, to file, no later than October 17, 2022, a supplemental reporter's record containing either certain missing trial exhibits[1] or written verification the exhibits could not be located. To date, Ms. Young-Martinez has not complied. Accordingly, we **ORDER** Ms. Young-Martinez to file the record with the exhibits or written verification **no later than November 7, 2022.**

---

[1] The missing exhibits are (1) Wife's Exhibit 1 (Text Message); (2) Wife's Exhibit 5 (Deed of Trust); (3) Wife's Exhibit 9 (First International Bank Statement); (4) Respondent's Exhibit 2 (Response); (5) Respondent's Exhibit 3 (Marriage License Application; (6) Respondent's Exhibit 4 (Marriage Licencse); (7) Respondent's Exhibit 5 (Tax Return 2014); (8) Respondent's Exhibit 11 (Response to Interrogatories); and (9) Respondent's Exhibit 12 (Response to Admissions).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Young-Martinez; and, the parties.

/s/    KEN MOLBERG
         JUSTICE